IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

BETTY S. CLAY,

        Plaintiff,

        v.                                      Civil Action No. 2:08-cv-25

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

## ORDER DIRECTING CLERK TO SEND NEW IFP FORM TO PLAINTIFF'S COUNSEL

On January 28, 2008, Betty S. Clay, ["Plaintiff"], filed a complaint under 42 U.S.C. § 405(g) and an Application for Leave to Proceed in forma pauperis. The District has adopted a new IFP form. Plaintiff is directed to complete the new form within ten days of the date of this Order. The Clerk is directed to mail a copy of the new IFP form to counsel for Plaintiff.

DATED: February 4, 2008

                                                        /s/ James E. Seibert
                                                        JAMES E. SEIBERT
                                                        UNITED STATES MAGISTRATE JUDGE